| Doe | Store Name | Merchant ID |
| --- | --- | --- |
| 1 | The Fashion Houseer | A193MV5A3D9BXP |
| 2 | qiuhongli | A15YRDKKZ4SMTV |
| 3 | Xiangyang Luanru Trading | A1QV5V3V0JEK0L |
| 4 | XiLping-Art | AQ282S2G686BF |
| 5 | wonder king | A1GCRVYQ9YG48G |
| 6 | PLSHOPS | A24Z2JVJU6KQN7 |
| 7 | Boundless Flag Center | ABERNCFORIWKL |
| 8 | Nuowdge | A2U393SWFBO91X |
| 9 | xiusainengshangmao | ACTOPJVYOG9X7 |
| 10 | Comercializadora Chulim | A27M1OXKLSZSED |
| 11 | CLA BA | A3QAYD6KZ9KNAB |
| 12 | AnimalStoreCo | AFZOCP5RZBC9I |
| 13 | Guangzhouyulongshangmaoyouxiangongsi | AZY2Y5AGV1G3V |
| 14 | dgghhghghd | A8OGENLIUFBG |
| 15 | Guangzhouyulongshangmaoyouxiangongsi | AZY2Y5AGV1G3V |
| 16 | 4.82916E+15 | A37IDIEGRVNE9T |
| 17 | DUCHUY96 | A2TTOYHLQZI3UZ |
| 18 | Debi285son | A1CGGLXF7YKS6V |
| 19 | Yangjiangshipangzhiyunshangmaoyouxiangongsi | A2KJB8U6SMDL4R |
| 20 | yangzhibin123 | A2PM4V1W3P8WJL |
| 21 | SENZIPA | A1G02EEHCNWOIJ |
| 22 | Guangzhouyulongshangmaoyouxiangongsi | AZY2Y5AGV1G3V |
| 23 | jingmenshibeibiekejiyouxiangongsi | A21NKIWS8E5CS4 |
| 24 | Debi285son | A1CGGLXF7YKS6V |
| 25 | shenglaimaoyi | A20Q9BJC6WCYUP |
| 26 | zhande | AITMP559HB6YK |
| 27 | qiuhongli | A15YRDKKZ4SMTV |
| 28 | Xiangyang Luanru Trading | A1QV5V3V0JEK0L |
| 29 | Linlindastore | A29GMAQ6XVNMYO |
| 30 | MARKTCEUS | A3SJHC7R97791I |
| 31 | Gao Fan | A1CBV01LJE9B94 |
| 32 | zengshuiyingkuajingdianzi188 | A1DOEK99HLACB1 |
| 33 | troy_bolton17 | troy_bolton17 |
| 34 | MosuApparel | MosuApparel |
| 35 | tonieswarehouse | tonieswarehouse |
| 36 | hypest_happenings | hypest_happenings |
| 37 | ddusold-us | ddusold-us |
| 38 | WorderCanvas | WorderCanvas |
| 39 | SargasCanvasArt | SargasCanvasArt |

| | | |
|---|---|---|
| 40 | TwilightWallArt | TwilightWallArt |
| 41 | SocietyCanvas | SocietyCanvas |
| 42 | brilliancycanvas | brilliancycanvas |
| 43 | CanvaSaleWallDecor | CanvaSaleWallDecor |
| 44 | SocietyCanvas | SocietyCanvas |
| 45 | dingxing | dingxing |
| 46 | DesigniumInc | DesigniumInc |
| 47 | EssentialDesignandCo | EssentialDesignandCo |
| 48 | SocietyCanvas | SocietyCanvas |
| 49 | WhoWantsGifts | WhoWantsGifts |
| 50 | CKBrandsCo | CKBrandsCo |
| 51 | LailaCanvasShop | LailaCanvasShop |
| 52 | BrkCanvasWork | BrkCanvasWork |
| 53 | VeyselsDecorShop | VeyselsDecorShop |
| 54 | KarinaPan | KarinaPan |
| 55 | KarinaPan | KarinaPan |
| 56 | JuliesArtsShop | JuliesArtsShop |
| 57 | WallTapestryStore | WallTapestryStore |
| 58 | SequinPillowGifts | SequinPillowGifts |
| 59 | Designium | 101033967 |