**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Mohamed Gad Elrabrezk | ) | |
| | ) | Case No. 24-cv-7195 |
| v. | ) | |
| | ) | Judge: Hon. Jeffrey I Cummings |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 10 | Comercializadora Chulim | A27M1OXKLSZSED |

dismisses them from the suit without prejudice.

Dated this 18th Day of April 2025.        Respectfully submitted,


By:        s/David Gulbransen/
           David Gulbransen
           Attorney of Record
           Counsel for Plaintiff

           David Gulbransen (#6296646)
           Law Office of David Gulbransen
           805 Lake Street, Suite 172
           Oak Park, IL 60302
           (312) 361-0825 p.
           (312) 873-4377 f.
           david@gulbransenlaw.com